Alexander v. Driscoll—Pet. Docket No. 119 *—denied. Pending in the Court of Special Appeals (No. 2501, Sept. Term, 2014).

Andrews, Mark William v. State of Maryland—Pet. Docket No. 43 *—denied. Opinion of the Court of Special Appeals unreported (No. 2214, Sept. Term, 2014).

Ballard v. Offit Kurman, P.A.—Pet. Docket No. 32 *—denied. Dismissed by the Court of Special Appeals (No. 1656, Sept. Term, 2014).

Bell, Edward Hall v. State of Maryland—Pet. Docket No. 91 *—denied. Opinion of the Court of Special Appeals unreported (No. 970, Sept. Term, 2014).

Black, Marcus Lamar v. State of Maryland—Pet. Docket No. 37 *—denied. Opinion of the Court of Special Appeals unreported (No. 2106, Sept. Term, 2014).

Bratten, Calvin G., Jr. v. State of Maryland—Pet. Docket No. 599—dismissed. Dismissed by the Court of Special Appeals (No. 906, Sept. Term, 2012).

Brightwell, David v. State of Maryland—Pet. Docket No. 40 *—denied. Opinion of the Court of Special Appeals unreported (No. 2734, Sept. Term, 2012).

### 136 A.3d 817

Brightwell v. State's Attorney for Somerset County—Pet. Docket No. 64 *—denied. Opinion of the Court of Special Appeals unreported (No. 2842, Sept. Term, 2014).

Brown v. Ward—Pet. Docket No. 38 *—denied. Dismissed by the Court of Special Appeals (Nos. 130 & 723, Sept. Term, 2015).

Burrell v. Housing Authority of Baltimore City—Pet. Docket No. 48 * —denied. Opinion of the Court of Special Appeals unreported (No. 85, Sept. Term, 2015).

Byrd v. Bergman—Pet. Docket No. 68 *—denied. Opinion of the Court of Special Appeals unreported (No. 26, Sept. Term, 2014).

Carr, Gregory v. State of Maryland—Pet. Docket No. 622—denied. (No. 23–K–15–000098, Circuit Court for Worcester County).

Conway, Lawrence v. State of Maryland—Pet. Docket No. 49 *—denied. (No. 127334C, Circuit Court for Montgomery County).

Cook, Sheldon Terrell v. State of Maryland—Pet. Docket No. 54 *—denied. Opinion of the Court of Special Appeals unreported (No. 169, Sept. Term, 2015).

Dupree, Damien v. State of Maryland—Pet. Docket No. 35 *—denied. Opinion of the Court of Special Appeals unreported (No. 1065, Sept. Term, 2015).

Egenti v. Rivera—Pet. Docket No. 676—denied. (No. CAL15–25634, Circuit Court for Prince George's County).

Feldman v. Fidelity and Deposit Co. of Maryland—Pet. Docket No. 42 *—denied. Opinion of the Court of Special Appeals unreported (No. 102, Sept. Term, 2015).

Francis, Christopher Scott v. State of Maryland—Pet. Docket No. 682 & 58 *—denied. Application for leave to appeal denied by the Court of Special Appeals (No. 1765, Sept. Term, 2015).

Garba v. Ndiaye—Pet. Docket No. 9 * and conditional cross-petition—both denied. Reported below: 227 Md.App. 162, 132 A.3d 908.

---

* September Term, 2016